# bright
## MLS

SELLER'S REPORT

# 16 Watson Dr, Carlisle, PA 17015



Presented by

## Phillip Hayslett
#### REALTOR®

Work: (717) 440-4421

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

RPR

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018


# 16 Watson Dr, Carlisle, PA 17015



Legend: 🏠 Subject Property

**OFF MARKET**
- *Sold Date: 3/1/2005*
- *Public Record*

## Current Estimated Value

# $282,030

Last RVM® Update: 2/13/2018

RVM® Est. Range: $256,648 – $307,412

RVM® Confidence: ★ ★ ★ ★ ★

⬇ RVM® Change - Last 1 Month: -$1,310

⬆ RVM® Change - Last 12 Months: 5.01%

---

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*

# Home Facts

| Home Facts | Public Facts | Listing Facts | Realtor Refinements |
|---|---|---|---|
| Property Type | Single Family Residence | – | – |
| Property Subtype | Single Family | – | – |
| Bedrooms | 3 | – | – |
| Total Baths | 3 | – | – |
| Full Baths | 2 | – | – |
| Partial Baths | 1 | – | – |
| Living Area (sq ft) | 2,160 | – | – |
| Lot Size | 1.54 acres | – | – |
| Lot Dimensions | 1.54 AC | – | – |
| Year Built | 2005 | – | – |
| Total Rooms | 8 | – | – |
| Heating | Forced air unit | – | – |
| Cooling | Yes | – | – |
| Exterior Walls | Siding (Alum/Vinyl) | – | – |
| Number of Stories | 2 | – | – |

## Homeowner Facts

| | |
|---|---|
| Owner Name (Public) | Bier, Daniel E & Stephanie M |
| Mailing Address | 16 Watson Dr Carlisle PA 17015-7434 |
| Owner Occupied | Yes |


# Extended Home Facts



**Legend:** 🏠 Subject Property

## Interior Details

| | |
|---|---|
| **Heating Fuel Type** | Propane |

## Exterior Details

| | |
|---|---|
| **Lot Size - Square Feet** | 67082 sq ft |
| **Lot Size - Acres** | 1.540 ac |
| **Water** | Well |

## Location Details

| | |
|---|---|
| **Walkability Score** (out of 5) | Overall: 3.1 | Amenity: 3.1 | Leisure: 3.5 |

## Schools (based on location)

| | |
|---|---|
| **High School** | Big Spring High School |
| **School District** | Big Spring School District |

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# Property History

## Median Estimated Home Value

This chart displays property estimates for an area and a subject property, where one has been selected. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Valuation calculations based on public records and MLS sources where licensed

Update Frequency: Monthly

- This House
- 17015
- Cumberland County
- Pennsylvania



## Sales History

| Sales Date | Sales Amount | Price per sq. ft. |
|---|---|---|
| 3/1/2005 | $32,000 | $15 |

## Assessed Values

| Date | Improvements | Land | Total | Tax |
|---|---|---|---|---|
| 2017 | $218,900 | $49,900 | $268,800 | – |
| 2016 | $218,900 | $49,900 | $268,800 | – |
| 2014 | $218,900 | $49,900 | $268,800 | – |
| 2013 | $218,900 | $49,900 | $268,800 | – |
| 2012 | $218,900 | $49,900 | $268,800 | – |
| 2010 | $210,240 | $36,410 | $246,650 | – |
| 2009 | $210,240 | $36,410 | $246,650 | – |
| 2008 | $210,240 | $36,410 | $246,650 | – |
| 2007 | $210,240 | $36,410 | $246,650 | – |

## Legal Description

| APN: | Tax ID: | Zoning: | Census Tract: | Abbreviated Description: | City/Municipality/Township: |
|---|---|---|---|---|---|
| 46-08-0587-123 | – | – | 420410128.002065 | DIST:46 CITY/MUNI/TWP:WEST PENNSBORO TWP CROSSROAD SCHOOL ROAD ESTATES LOT 12 PH III PB 82 PG 77 MAP REF:MAP 0587 | Carlisle, PA 17015 |

## Deed Records

| Recording Date | 3/1/2005 |
|---|---|
| Document Type | Warranty Deed |
| Sales Price | $32,000 |
| Sales Price Code | Full amount stated on Document. |
| Buyer Name | DANIEL E BICK |
| Seller Name | JOSEPH K WARNER |
| Book # | 267 |
| Page # | 3745 |
| Contract Date | 2/22/2005 |

**RPR** Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 3/7/2018


## Market Activity: Active

| | 16 Watson Dr Carlisle, PA 17015 | 8 Derbyshire Dr Carlisle, PA 17015 | 1180 Creek Rd Carlisle, PA 17015 | 35 Ladnor Ln Carlisle, PA 17015 | 8 Cedar Ct W Carlisle, PA 17015 |
|---|---|---|---|---|---|
| **Address** | 16 Watson Dr Carlisle, PA 17015 | 8 Derbyshire Dr Carlisle, PA 17015 | 1180 Creek Rd Carlisle, PA 17015 | 35 Ladnor Ln Carlisle, PA 17015 | 8 Cedar Ct W Carlisle, PA 17015 |
| **Status** | Subject Property | For Sale | For Sale | For Sale | For Sale |
| **Amount** | $282,030 Est. Value | $359,000 List Price | $339,000 List Price | $249,900 List Price | $354,000 List Price |
| **Listing Date** | – | 3/5/2018 | 3/3/2018 | 3/2/2018 | 3/1/2018 |
| **Days in RPR** | – | 1 | 3 | 4 | 5 |
| **Price Per Sq. Ft.** | $131 | $146 | $154 | $124 | $143 |
| **Bedrooms** | 3 | 4 | 3 | 3 | 4 |
| **Total Baths** | 3 | 3 | 3 | 1 | 3 |
| **Partial Baths** | 1 | 1 | 1 | 1 | 1 |
| **Total Rooms** | 8 | 9 | 6 | 6 | 9 |
| **Living Area** | 2,160 | 2,462 | 2,200 | 2,015 | 2,476 |
| **Lot Size** | 1.54 acres | 0.32 acres | 3.49 acres | 1.15 acres | 1.61 acres |
| **Year Built** | 2005 | 1991 | 1780 | 1972 | 1988 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **MLS ID** | – | 1000213336 | 1000227968 | 1000223966 | 1000220916 |
| **Listing Broker** | – | Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty | Listing Courtesy of Roger Fairbourn Real Estate | Listing Courtesy of Wolfe & Company REALTORS | Listing Courtesy of Howard Hanna Company-Carlisle |

**Description**

*Highlighted fields were changed by agent to reflect knowledge of this property.*

| | | |
|---|---|---|
| Picture perfect 2-story home that backs up to mayapple golf course and walking distance to the club house. First floor boast formal living room, dining room w/hardwood flooring, eat-in kitchen that has been remodeled w/stainless steel appliances, granite countertops and sliding glass doors that leads to rear patio for supurb entaintaining. First floor family room w/custom built-ins and gas fireplace, 1/2 bath and laundry room. Second floor has three spacious bedrooms, a full bath and a master suite with walk-in shower, separate office area off master suite. Basement is partially finished with recreation area and another office w/walk-in d... | A place of peace - beauty - convenience. 1700's period stone farm house. Original construction with updates in the late 1890's and modern updates in 2013 as well. 3.5 acres of land including 300 lf of conodoguinet creek frontage. Fenced pasture, fruit trees and room for more. Convenient location away from the noise of the city and only 10-12 minutes to downtown carlisle. | This well maintained south middleton ranch home has replacement windows and new laminate flooring throughout most of the home. Kitchen boasts newer cabinets and bar area open to family room with wood burning fireplace and wood beamed ceiling. From the garage there is access to the huge laundry/mud room area with double utility sinks, built in cabinets and rear yard access. Furnace only five years old and has three zones. Full basement, partially finished with 2nd wood burning fireplace and more built-ins. Unfinished side is the perfect workshop. This home has an abundance of storage, lots of living space and a large 1+ acre yard for your out... | Warm & inviting ~ this beautiful home in the cedar court community is awaiting you! 1.61 acres at the end of the cul-de-sac for your enjoyment. Beautiful wood floors throughout the main level ~ kitchen/living room open to the screened in porch. Convenient laundry/mud room with exterior access. Enjoy the bright formal dining room & modern updated master bath. Additional areas in the basement for your home gym & game room. Lots of bonus storage space over the garage and in the full walkup attic. Envision yourself living here! |

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
3/7/2018



# 8 Derbyshire Dr, Carlisle, PA 17015





LEGEND:  Subject Property  # This Listing

**FOR SALE**
· *New, Active: 3/5/2018*

**List Price**

## $359,000

List Date: 3/5/2018
Days in RPR: 1

**Current Estimated Value**

## $352,760

Last RVM® Update: 2/13/2018

RVM® Est. Range:
**$321,012 – $384,508**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$2,280**

⬆ RVM® Change
Last 12 Months: **5.23%**

Picture perfect 2-story home that backs up to Mayapple Golf Course and walking distance to the Club House. First floor boast formal living room, dining room w/hardwood flooring, eat-in kitchen that has been remodeled w/stainless steel appliances, granite countertops and sliding glass doors that lea…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Single Family Residence |
| Bedrooms | 4 | 4 |
| Total Baths | 3 | 3 |
| Full Baths | 2 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | 2,462 | 2,462 |
| Lot Size | 0.32 acres | 0.32 acres |
| Lot Dimensions | 13939 SF | – |
| Basement (sq ft) | – | 699 |
| Garage | – | Yes |
| Garage (spaces) | – | 2 |
| Year Built | 1991 | 1991 |
| Total Rooms | 9 | – |
| Heating | Forced air unit | Heat Pump |
| Cooling | Yes | Central Air Conditioning |
| Fireplaces | 1 | 1 |
| Basement | – | Partially Finished |
| Construction | – | Vinyl Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 2 | 3 |

*Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty*



Copyright 2018 Realtors Property Resources® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018

Case 1:19-bk-00060-HWV    Doc 26    Filed 03/20/19    Entered 03/20/19 08:53:04    Desc
Main Document    Page 7 of 27

# 1180 Creek Rd, Carlisle, PA 17015





LEGEND: Subject Property ♯ This Listing

**TG FOR SALE**
· New, Active: 3/3/2018

**List Price**

## $339,000

List Date: 3/3/2018
Days in RPR: 3

**Current Estimated Value**

## $346,580

Last RVM® Update: 2/13/2018

RVM® Est. Range:
**$325,786 – $367,374**

RVM® Confidence:

★★★★★

↓ RVM® Change
Last 1 Month: **-$20**

↓ RVM® Change
Last 12 Months: **-5.52%**

A place of peace - beauty - convenience. 1700's period stone farm house. Original construction with updates in the late 1890's and modern updates in 2013 as well. 3,5 acres of land including 300 LF of Conodoguinet Creek frontage. Fenced pasture, fruit trees and room for more. Convenient location a...

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Single Family Residence |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 3 |
| Full Baths | 1 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | 2,200 | – |
| Lot Size | 3.49 acres | 3.49 acres |
| Lot Dimensions | 3.49 AC | – |
| Garage | – | Yes |
| Garage (spaces) | – | 1 |
| Year Built | 1890 | 1780 |
| Total Rooms | 6 | – |
| Heating | Hot Water | Baseboard, Hot Water, Wood Burn Stove |
| Cooling | None | Ceiling Fans, Window Units |
| Fireplaces | 1 | 1 |
| Basement | – | Combination |
| Construction | – | Stone, Wood Siding |
| Exterior Walls | Rock, Stone | – |
| Number of Stories | 2 | 4 |

*Listing Courtesy of Roger Fairbourn Real Estate*

**RPR**
Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
3/7/2018


# 35 Ladnor Ln, Carlisle, PA 17015





LEGEND: Subject Property **⌂** This Listing

 **FOR SALE**
· New, Active: 3/2/2018

## List Price
# $249,900
List Date: 3/2/2018
Days in RPR: 4

## Current Estimated Value
# $253,000
Last AVM Update: 2/13/2018

AVM Est. Range:
**$159,390 – $346,610**

AVM Confidence:
★☆☆☆☆

⬇ AVM Change
Last 1 Month: -$1,000

⬆ AVM Change
Last 12 Months: 7.2%

This well maintained South Middleton ranch home has replacement windows and new laminate flooring throughout most of the home. Kitchen boasts newer cabinets and bar area open to family room with wood burning fireplace and wood beamed ceiling. From the garage there is access to the huge laundry/mud…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Single Family Residence |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | 1 | – |
| Living Area (sq ft) | 2,015 | 2,015 |
| Lot Size | 1.15 acres | 1.15 acres |
| Lot Dimensions | 1.15 AC | |
| Basement (sq ft) | – | 600 |
| Garage | – | Yes |
| Garage (spaces) | – | 2 |
| Year Built | 1972 | 1972 |
| Total Rooms | 6 | |
| Roofing | – | Shingle |
| Heating | Hot Water | Hot Water |
| Cooling | Yes | Central Air Conditioning |
| Fireplaces | 2 | 2 |
| Basement | – | Full |
| Foundation | – | Block |
| Construction | – | Brick, Vinyl Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 1 | 1 |

*Listing Courtesy of Wolfe & Company REALTORS*

◆ RPR

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018



# 8 Cedar Ct W, Carlisle, PA 17015





LEGEND: Subject Property    🏠 This Listing


· New, Active: 3/1/2018

**List Price**

## $354,000

List Date: 3/1/2018
Days in RPR: 5

**Current Estimated Value**

## $357,950

Last RVM® Update: 2/13/2018

RVM® Est. Range:
**$325,735 – $390,165**

RVM® Confidence:

★★★★★

🔻 RVM® Change
Last 1 Month: **-$2,420**

🔺 RVM® Change
Last 12 Months: **29.55%**

Warm & inviting ~ this beautiful home in the Cedar Court community is awaiting you! 1.61 acres at the end of the cul-de-sac for your enjoyment. Beautiful wood floors throughout the main level ~ kitchen/living room open to the screened in porch. Convenient laundry/mud room with exterior access…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Single Family Residence |
| Bedrooms | 4 | 4 |
| Total Baths | 3 | 3 |
| Full Baths | 2 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | 2,476 | 2,476 |
| Lot Size | 1.61 acres | 1.61 acres |
| Lot Dimensions | 1.61 AC | – |
| Basement (sq ft) | – | 1,000 |
| Garage | – | Yes |
| Garage (spaces) | – | 2 |
| Year Built | 1988 | 1988 |
| Total Rooms | 9 | |
| Roofing | – | Composite |
| Heating | Forced air unit | Forced Air, Heat Pump |
| Cooling | Yes | Central Air Conditioning, Heat Pump(S) |
| Fireplaces | 1 | 1 |
| Basement | – | Full, Interior Access, Partially Finished, Outside Entrance |
| Foundation | – | Block |
| Construction | – | Stick Built |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 2 | 4 |

*Listing Courtesy of Howard Hanna Company-Carlisle*

RPR — Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.   3/7/2018


## Market Activity: Pending

| | 16 Watson Dr Carlisle, PA 17015 | 4 Rockledge Ct Carlisle, PA 17015 | 36 W Yellowbreeches Rd Carlisle, PA 17015 | 127 Rex Dr Carlisle, PA 17015 | 6 Hawthorn Ct Carlisle, PA 17015 |
|---|---|---|---|---|---|
| **Address** | 16 Watson Dr Carlisle, PA 17015 | 4 Rockledge Ct Carlisle, PA 17015 | 36 W Yellowbreeches Rd Carlisle, PA 17015 | 127 Rex Dr Carlisle, PA 17015 | 6 Hawthorn Ct Carlisle, PA 17015 |
| **Status** | Subject Property | Pending | Pending | Pending | Pending |
| **Amount** | $282,030 Est. Value | $275,000 List Price | $185,000 List Price | $12,000 List Price | $464,900 List Price |
| **Offer Amount** | – | – | – | – | – |
| **Listing Date** | – | 8/30/2017 | 3/2/2018 | 2/27/2018 | 11/17/2017 |
| **List/Offer Ratio** | – | – | – | – | – |
| **Days in RPR** | – | 188 | 4 | 7 | 109 |
| **Price Per Sq. Ft.** | $131 | $138 | $138 | $11 | $151 |
| **Bedrooms** | 3 | 4 | 3 | 3 | 6 |
| **Total Baths** | 3 | 3 | 1 | 2 | 4 |
| **Partial Baths** | 1 | 1 | – | – | – |
| **Total Rooms** | 8 | 8 | 5 | 6 | 8 |
| **Living Area** | 2,160 | 1,988 | 1,344 | 1,078 | 3,079 |
| **Lot Size** | 1.54 acres | 0.31 acres | 1 acre | – | 1.44 acres |
| **Year Built** | 2005 | 2005 | 1969 | 1991 | 2007 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family Residence | Single Family Residence | Manufactured Home | Single Family Residence |
| **MLS ID** | – | 1000799747 | 1000232220 | 1000161694 | 1000093012 |
| **Listing Broker** | – | Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty | Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty | Listing Courtesy of Coldwell Banker Residential Brokerage - Camp Hill | Listing Courtesy of RE/MAX Realty Associates |
| **Description** | *Highlighted fields were changed by agent to reflect knowledge of this property.* | Immaculately kept and maintained 2 story located in a cul-de-sac in south middleton schools. Large eat-in kitchen with extra island seating open to the family rm. Formal dining room, 1st floor laundry, sliders to 40x16 deck, large yard, and shed. Master suite and 3 good size bedrooms upstairs. Great central location. | | | Stunning ranch style home situated on 1.4 acres in a quiet neighborhood in dickinson twp. Impeccably maintained home with quality detail throughout. High volume ceilings, double crown molding and warm lighting, spacious master suite, walk in ceramic tile shower, corner tub and walk in closet. Polished hardwood floors, huge cherry kitchen that leads to an oversized rear patio. Full finished lower level w/2 bedrooms, full ceramic tile bath that offers a heated floor. Exercise room and a large family room with custom built cherry wet bar. A perfect home to spend quality time or entertain on a large scale. |

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018

**RPR**


# 4 Rockledge Ct, Carlisle, PA 17015





LEGEND: Subject Property   This Listing

**PENDING**
· Pending as of 3/6/2018

**List Price**

## $275,000
List Date: 8/30/2017
Days in RPR: 188
Last Price Update: 1/3/2018

**Current Estimated Value**

## $289,520
Last RVM® Update: 2/13/2018

RVM® Est. Range:
**$275,044 – $303,996**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$290**

⬇ RVM® Change
Last 12 Months: **-2.57%**

Immaculately kept and maintained 2 story located in a cul-de-sac in South Middleton Schools. Large eat-in kitchen with extra island seating open to the family rm. Formal dining room, 1st floor laundry, sliders to 40x16 deck, large yard, and shed. Master suite and 3 good size bedrooms upstairs. G…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Single Family Residence |
| Bedrooms | 4 | 4 |
| Total Baths | 3 | 3 |
| Full Baths | 2 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | 1,988 | 1,988 |
| Lot Size | 0.31 acres | 0.31 acres |
| Lot Dimensions | 13504 SF | – |
| Garage | – | Yes |
| Garage (spaces) | – | 2 |
| Year Built | 2005 | 2005 |
| Total Rooms | 8 | – |
| Roofing | – | Composite |
| Heating | Forced air unit | – |
| Cooling | Yes | Central Air Conditioning |
| Fireplaces | – | 1 |
| Basement | – | Poured Concrete, Interior Access, Partial, Unfinished |
| Foundation | – | Block |
| Construction | – | Stone, Vinyl Siding, Frame |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 2 | 5 |

*Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty*

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

**RPR**

3/7/2018


# 36 W Yellowbreeches Rd, Carlisle, PA 17015





LEGEND: Subject Property | # This Listing

**PENDING**
· Pending as of 3/5/2018

**List Price**
## $185,000
List Date: 3/2/2018
Days in RPR: 4

**Current Estimated Value**
## $173,190
Last RVM® Update: 2/13/2018
RVM® Est. Range:
**$152,408 – $193,972**
RVM® Confidence:
★★★★☆

↑ RVM® Change
Last 1 Month: **$6,660**

↑ RVM® Change
Last 12 Months: **18.76%**

## Home Facts

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | **Single Family Residence** |
| Property Subtype | **Single Family** | **Single Family Residence** |
| Bedrooms | 3 | 3 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | |
| Living Area (sq ft) | 1,344 | 1,344 |
| Lot Size | 1.4 acres | 1 acre |
| Lot Dimensions | 1.40 AC | |
| Garage | – | Yes |
| Garage (spaces) | – | 2 |
| Year Built | 1965 | 1969 |
| Total Rooms | 5 | – |
| Roofing | | Asphalt |
| Heating | Electric | Heat Pump-Elec Backup, Wood Burn Stove |
| Cooling | Yes | Central Air Conditioning, Heat Pump(S), Whole House Fan |
| Fireplaces | – | 1 |
| Basement | – | Full, Heated, Interior Access, Outside Entrance, Partially Finished, Sump Pump |
| Foundation | – | Block |
| Construction | – | Rock |
| Exterior Walls | Brick | – |
| Number of Stories | 1 | 1 |

*Listing Courtesy of Berkshire Hathaway HomeServices Homesale Realty*

 **RPR**

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018

Case 1:19-bk-00060-HWV    Doc 26    Filed 03/20/19    Entered 03/20/19 08:53:04    Desc
Main Document    Page 13 of 27


# 127 Rex Dr, Carlisle, PA 17015





LEGEND: ▪ Subject Property ♠ This Listing

**PENDING**

· Pending as of 3/2/2018

**List Price**

## $12,000

List Date: 2/27/2018
Days in RPR: 7

## Home Facts

| Property Type | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Mobile/Manufactured | Single Family Residence |
| Property Subtype | Mobile home | Manufactured Home |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,078 | 1,078 |
| Lot Size | – | – |
| Garage | – | Yes |
| Year Built | 1991 | 1991 |
| Total Rooms | 6 | – |
| Heating | Forced air unit | Forced Air |
| Cooling | Yes | Central Air Conditioning |
| Foundation | Piers | Permanent |
| Construction | – | Vinyl Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 1 | 1 |

*Listing Courtesy of Coldwell Banker Residential Brokerage-Camp Hill*

**RPR**

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018

# 6 Hawthorn Ct, Carlisle, PA 17015





LEGEND: ⌂ Subject Property 🏠 This Listing

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Single Family Residence |
| Bedrooms | **4** | 6 |
| Total Baths | **3** | 4 |
| Full Baths | **3** | 4 |
| Partial Baths | – | – |
| Living Area (sq ft) | **3,079** | 3,079 |
| Lot Size | **1.44 acres** | 1.44 acres |
| Lot Dimensions | **1.44 AC** | – |
| Basement (sq ft) | – | 2,000 |
| Garage | – | Yes |
| Garage (spaces) | – | 3 |
| Year Built | **2007** | 2007 |
| Total Rooms | **8** | – |
| Roofing | – | Pitched, Shingle |
| Heating | **Forced air unit** | Forced Air, Propane |
| Cooling | **Yes** | Central Air Conditioning |
| Fireplaces | **1** | 1 |
| Basement | – | Interior Access, Partial, Full, Fully Finished, Heated, Improved, Outside Entrance, Walkout Stairs, Poured Concrete |
| Foundation | – | Passive Radon Mitigation |
| Construction | – | Combination, Dryvit , Vinyl Siding, Stone |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |
| Number of Stories | **1** | 3 |

*Listing Courtesy of RE/MAX Realty Associates*

🏠 **PENDING**
· *Pending as of 3/2/2018*

**List Price**
# $464,900
List Date: 11/17/2017
Days in RPR: 109

**Current Estimated Value**
# $463,110
Last RVM® Update: 2/13/2018

RVM® Est. Range:
**$421,431 – $504,789**

RVM® Confidence:
★ ★ ★ ★ ★

⬇ RVM® Change
Last 1 Month: **-$1,790**

⬆ RVM® Change
Last 12 Months: **50.54%**

Stunning ranch style home situated on 1.4 acres in a quiet neighborhood in Dickinson Twp. Impeccably maintained home with quality detail throughout. High volume ceilings, double crown molding and warm lighting, Spacious master suite, walk in ceramic tile shower, corner tub and walk in closet. Po…



Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018


## Market Activity: Recently Sold

| | 16 Watson Dr Carlisle, PA 17015 | 107 E Main St Carlisle, PA 17015 | 493 Petersburg Rd Carlisle, PA 17015 | 2 Shea Ct Carlisle, PA 17015 | 1 Goldenrod Dr Carlisle, PA 17015 |
|---|---|---|---|---|---|
| **Address** | 16 Watson Dr Carlisle, PA 17015 | 107 E Main St Carlisle, PA 17015 | 493 Petersburg Rd Carlisle, PA 17015 | 2 Shea Ct Carlisle, PA 17015 | 1 Goldenrod Dr Carlisle, PA 17015 |
| **Status** | Subject Property | Recently Sold | Recently Sold | Recently Sold | Recently Sold |
| **Amount** | $282,030 Est. Value | $78,000 Sold Price | $335,000 Sold Price | $300,000 Sold Price | $120,750 Sold Price |
| **List Price** | – | – | – | – | – |
| **Recording Date** | 3/1/2005 | 2/14/2018 | 2/2/2018 | 2/1/2018 | 2/1/2018 |
| **List/Sold Ratio** | – | – | – | – | – |
| **Days in RPR** | – | – | – | – | – |
| **Price Per Sq. Ft.** | $131 | $86 | $218 | $97 | $63 |
| **Bedrooms** | 3 | 3 | 3 | 3 | 4 |
| **Total Baths** | 3 | 1 | 2 | 3 | 3 |
| **Partial Baths** | 1 | | 1 | 1 | – |
| **Total Rooms** | 8 | 5 | 6 | 9 | 8 |
| **Living Area** | 2,160 | 912 | 1,540 | 3,093 | 1,920 |
| **Lot Size** | 1.54 acres | 0.31 acres | 9.71 acres | 2.71 acres | 0.43 acres |
| **Year Built** | 2005 | 1961 | 1972 | 1996 | 1987 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **MLS ID** | – | – | – | – | – |
| **Listing Broker** | | | | | |
| **Description** | | | | | |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
3/7/2018

Case 1:19-bk-00060-HWV    Doc 26    Filed 03/20/19    Entered 03/20/19 08:53:04    Desc
Main Document    Page 16 of 27



## Seller's Report

16 Watson Dr, Carlisle, PA 17015

# 107 E Main St, Carlisle, PA 17015





LEGEND: ☐ Subject Property ⌂ This Property

**📷 RECENTLY SOLD**
- Sold Date: 2/14/2018
- Public Record

**Sold Price**

# $78,000

Sold Date: 2/14/2018

**Current Estimated Value**

# $114,000

Last AVM Update: 2/13/2018

AVM Est. Range:
**$64,980 – $163,020**

AVM Confidence:

★☆☆☆☆

⬇ AVM Change
Last 1 Month: **-$16,000**

⬆ AVM Change
Last 12 Months: **28.08%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | – |
| Property Subtype | **Single Family** | – |
| Bedrooms | **3** | – |
| Total Baths | **1** | – |
| Full Baths | **1** | – |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **912** | – |
| Lot Size | **0.31 acres** | – |
| Lot Dimensions | **13504 SF** | – |
| Year Built | **1961** | – |
| Total Rooms | **5** | – |
| Heating | **Hot Water** | – |
| Cooling | **None** | – |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |
| Number of Stories | **1** | – |



**❖RPR**

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018


# 493 Petersburg Rd, Carlisle, PA 17015





LEGEND: 🏠 Subject Property 🏠 This Property

 **RECENTLY SOLD**
· Sold Date: 2/2/2018
· Public Record

**Sold Price**

## $335,000

Sold Date: 2/2/2018

**Current Estimated Value**

## $338,550

Last RVM® Update: 2/13/2018

RVM® Est. Range:
**$321,623 – $355,477**

RVM® Confidence:

★★★★★

⬇ RVM® Change
Last 1 Month: **-$1,690**

⬆ RVM® Change
Last 12 Months: –

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | – |
| Property Subtype | **Single Family** | – |
| Bedrooms | **3** | – |
| Total Baths | **2** | – |
| Full Baths | **1** | – |
| Partial Baths | **1** | – |
| Living Area (sq ft) | **1,540** | – |
| Lot Size | **9.71 acres** | – |
| Lot Dimensions | **9.71 AC** | – |
| Year Built | **1972** | – |
| Total Rooms | **6** | – |
| Heating | **Forced air unit** | – |
| Cooling | **Yes** | – |
| Fireplaces | **1** | – |
| Exterior Walls | **Brick** | – |
| Number of Stories | **1** | – |

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018

Case 1:19-bk-00060-HWV    Doc 26    Filed 03/20/19    Entered 03/20/19 08:53:04    Desc
Main Document    Page 18 of 27

# 2 Shea Ct, Carlisle, PA 17015





LEGEND: Subject Property This Property

RECENTLY SOLD
· Sold Date: 2/1/2018
· Public Record

**Sold Price**

## $300,000

Sold Date: 2/1/2018

**Current Estimated Value**

## $324,270

Last RVM® Update: 2/13/2018

RVM® Est. Range:
**$308,057 – $340,483**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$610**

⬇ RVM® Change
Last 12 Months: **-8.37%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | – |
| Property Subtype | **Single Family** | – |
| Bedrooms | **3** | – |
| Total Baths | **3** | – |
| Full Baths | **2** | – |
| Partial Baths | **1** | – |
| Living Area (sq ft) | **3,093** | – |
| Lot Size | **2.71 acres** | – |
| Lot Dimensions | **2.71 AC** | – |
| Year Built | **1996** | – |
| Total Rooms | **9** | – |
| Heating | **Forced air unit** | – |
| Cooling | **Yes** | – |
| Foundation | **Slab** | – |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |
| Number of Stories | **2** | – |


Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
3/7/2018

Case 1:19-bk-00060-HWV    Doc 26    Filed 03/20/19    Entered 03/20/19 08:53:04    Desc
Main Document      Page 19 of 27



# 1 Goldenrod Dr, Carlisle, PA 17015





LEGEND: ⌂ Subject Property 🏠 This Property


**RECENTLY SOLD**
· Sold Date: 2/1/2018
· Public Record

**Sold Price**
## $120,750
Sold Date: 2/1/2018

**Current Estimated Value**
## $196,990
Last RVM® Update: 2/13/2018

RVM® Est. Range:
**$187,141 – $206,839**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$27,070**

⬇ RVM® Change
Last 12 Months: **-5.84%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | – |
| Property Subtype | **Single Family** | – |
| Bedrooms | **4** | – |
| Total Baths | **3** | – |
| Full Baths | **3** | – |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **1,920** | – |
| Lot Size | **0.43 acres** | – |
| Lot Dimensions | **18731 SF** | – |
| Year Built | **1987** | – |
| Total Rooms | **8** | – |
| Heating | **Forced air unit** | – |
| Cooling | **Yes** | – |
| Fireplaces | **1** | – |
| Foundation | **Slab** | – |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |
| Number of Stories | **Split Level** | – |

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018


# Recommended Pricing Strategy

This chart compares the high, low and median price of homes in various listing statuses in the subject property's ZIP code to help determine the asking price for the subject property. The prices of the User Selected Comps are sold prices where available.

| | Market Activity For Sale Listings | Market Activity Distressed | Market Activity Expired Listings | Market Activity Pending Sales | Market Activity Sold |
|---|---|---|---|---|---|
| Lowest Price | $249,900 | $211,620 | $250,990 | $12,000 | $78,000 |
| Median Price | $346,500 | $254,500 | $402,495 | $230,000 | $210,375 |
| Highest Price | $359,000 | $374,900 | $599,000 | $464,900 | $335,000 |
| Median Price Per Sq. Ft. | $144 | $119 | $148 | $138 | $91 |
| Median Days in RPR | 3.5 | 19 | 201 | 58 | – |

## Sold Price Comparison

This section compares prices for properties in the subject property's ZIP code with a similar number of beds and baths, sold within the past 90 days.

| | Sold Price | Price Per Sq. Ft. |
|---|---|---|
| Lowest Price | $159,900 | $109 |
| Median Price | $249,900 | $113 |
| High Price | $350,000 | $139 |

**Sellers**

_____
Signature

_____
Date

_____
Signature

_____
Date

**Broker / Agent**

_____
Signature

_____
Date

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/7/2018

**PHIL HAYSLETT**
Right Move Realty, LLC
Office Ph: (717) 243-6683
Ph: (717) 440-4421

747 Appalachian Avenue, Carlisle, PA 17013     Closed     Residential     $281,296



| | | | |
|---|---|---|---|
| MLS #: | 1003245199 | Beds: | 3 |
| Tax ID #: | 29-05-0427-200-L23 | Baths: | 2 / 1 |
| Ownership Interest: | Other | Above Grade Fin SQFT: | 2,051 |
| Association: | HOA | Price / Sq Ft: | 137.15 |
| Level: | Two | Year Built: | 2017 |
| Type: | Single Family Residence | New Construct: | Yes |
| | | Architectural Style: | Traditional |
| | | Central Air: | Yes |
| | | Basement: | Yes |

### Location

| | | | |
|---|---|---|---|
| County: | Cumberland, PA | School District: | Carlisle Area |
| Municipality: | North Middleton | High School: | Carlisle Area |
| MLS Area: | North Middleton Twp - Cumberland County (14429) | | |
| Subdivision Name: | Mountain View Estates | | |

### Association / Community Info

| | | | |
|---|---|---|---|
| HOA: | Yes | HOA Fee: | $180 / Annually |

### Taxes and Assessment

| | |
|---|---|
| Total Taxes / Year: | $4,725 / 2017 |
| Zoning Description: | Residential |

### Rooms

| | | | |
|---|---|---|---|
| Upper Level 1: | | Full Baths: | 2 |
| | Bedroom: | | |
| | Bedroom: | | |
| | Master Bedroom: | | |
| Main Level: | | Half Baths: | 1 |
| | Bedroom: | | |
| | Den: | | |
| Unspecified: | | | |
| | Other: | | |
| | Other: | | |
| | Other: | | |
| | Laundry: | | |
| | Kitchen: | | |
| | Dining Room: | | |

Case 1:19-bk-00060-HWV   Doc 26   Filed 03/20/19   Entered 03/20/19 08:53:04   Desc
Main Document      Page 22 of 27

Bedroom:
Bedroom:

## Building Info

| | | | |
|---|---|---|---|
| Builder Name: | Firefly Homes | Property Attached: | No |
| Building Level Count: | Two | Construction Materials: | Stick Built, Stone, Vinyl Siding |
| Above Grade Fin SQFT: | 2,051 | Roof: | Composite |
| Basement Type: | Full | | |

## Lot

Lot Acres / SQFT:   0.44a / Owner

## Interior Features

Interior Features:   Dining Area, Kitchen - Country, No Fireplace, Smoke Detector

## Exterior Features

Exterior Features:   Other Structures: Above Grade

## Parking

Parking:   Attached

## Utilities

Utilities:   Central A/C, Electric Service: 220 Volts, Heating: Forced Air, Heating Fuel: Natural Gas, Water Source: Public

## Remarks

Agent:   None

Public:   Firefly Homes, a proud member of the Berks Homes family, is now building at Mountain View Estates with homes from the $240s. You'll enjoy beautiful views of the mountains right from your home, while enjoying spacious homesites as well. Now is the time to plan for a Spring move! Contact us to learn more about homes available or visit our model in the community. (Photos of similar home showing some upgrades)

## Listing Office

| | | | |
|---|---|---|---|
| Listing Agent: | DAWN LINKE (Lic# RS305973) | | (484) 599-1136 |
| Listing Agent Email: | dawn.linke@cbhomes.com | | |
| Listing Office: | Coldwell Banker Residential Brokerage (GAUG4BR2) (Lic# RB067036) | | |
| | DAVID KRIEGER, BROKER Lic# RM423630 | | |
| | 5050 Linglestown Rd, Harrisburg, PA 17112 | | |
| Office Phone: | (717) 652-6015 | Office Fax: | (717) 652-8047 |
| Designated Represent.: | No | | |

## Showing

Showing Requirements:   See Remarks

Lock Box Type:   None

Directions:   Rt 11 (carlisle Pike to Harrisburg Pike) Turn onto Cavalry Rd continue to end. Right onto Spring Rd (rt34 N) continue to soft Left onto Cranes Gap (@ Turkey Hill) follow for about 1.5 mile and left into community on Appalachian

## Compensation

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 2.5%% | Sub Agency Comp: | 0 |
| | | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $281,296 | Owner Name: | Firefly Homes |
| Listing Agrmnt Type: | Exclusive Right To Sell | DOM / CDOM: | 1 / 1 |
| Dual Agency: | No | Original MLS Name: | GHAR |
| Sale Type: | Standard | Off Market Date: | 10/09/17 |
| Original MLS Number: | 10308632 | Home Warranty: | Yes |
| Listing Agreement Dt: | 10/06/2017 | Federal Flood Zone: | No |
| Listing Entry Date: | 10/06/2017 | | |
| Acceptable Financing: | Cash, Conventional, FHA, VA | | |

## Sale/Lease Contract

| | | | |
|---|---|---|---|
| Buyer's Agent: | DAWN LINKE Lic# RS305973 | | (484) 599-1136 |
| Buyer's Agent Email: | dawn.linke@cbhomes.com | | |
| Buyer's Office: | Coldwell Banker Residential Brokerage (GAUG4BR2) | | |
| | DAVID KRIEGER, BROKER Lic# RM423630 | | |
| | 5050 Linglestown Rd, Harrisburg, PA 17112 | | |
| Office Phone: | (717) 652-6015 | Office Fax: | (717) 652-8047 |
| Concessions: | Yes | Concessions Amount: | $12,200 |
| Agreement of Sale Dt: | 10/06/17 | Close Date: | 10/06/17 |
| | | Close Price: | $281,296 |

Buyer Financing:     FHA        Last List Price:     $281,296.00

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2018. Created: 03/06/2018 08:43 PM

430 Shed Road, Newville, PA 17241    Closed    Residential    ⬇ $268,000





Map data ©2018 Google

| | | | |
|---|---|---|---|
| MLS #: | 1000806059 | Beds: | 3 |
| Tax ID #: | 15050413076 | Baths: | 2 / 1 |
| Ownership Interest: | Other | Above Grade Fin SQFT: | 2,132 |
| Association: | No | Price / Sq Ft: | 125.70 |
| Level: | Two | Year Built: | 2000 |
| Type: | Single Family Residence | Architectural Style: | Traditional |
| Garage: | Yes | Central Air: | Yes |
| | | Basement: | Yes |

### Location

| | | | |
|---|---|---|---|
| County: | Cumberland, PA | School District: | Big Spring |
| Municipality: | Lower Mifflin | High School: | Big Spring |
| MLS Area: | Lower Mifflin Twp - Cumberland County (14415) | Middle/Junior School: | Big Spring |
| | | Elementary School: | Newville |
| Subdivision Name: | Unknown | | |

### Taxes and Assessment

| | |
|---|---|
| Total Taxes / Year: | $4,400 / 2016 |
| Zoning: | RESIDENTIAL |
| Zoning Description: | Residential |

### Rooms

| | | | | |
|---|---|---|---|---|
| Upper Level 1: | | | Full Baths: | 2 |
| | Bedroom: | 11 x 10 | | |
| | Bedroom: | 14 x 11 | | |
| | Master Bedroom: | 17 x 12 | | |
| | Other: | 8 x 10 | | |
| Main Level: | | | Half Baths: | 1 |
| | Other: | 9 x 8 | | |
| Unspecified: | | | | |
| | Breakfast Room: | | | |
| | Laundry: | | | |
| | Office: | | | |
| | Attic: | | | |
| | Office: | | | |
| | Laundry: | | | |
| | Other: | 12 x 8 | | |
| | Laundry: | 20 x 13 | | |
| | Kitchen: | 17 x 11 | | |
| | Dining Room: | 10 x 12 | | |
| | Den: | | | |
| | Bedroom: | | | |
| | Bedroom: | | | |
| | Bedroom: | | | |

## Building Info

| | | | |
|---|---|---|---|
| Building Level Count: | Two | Property Attached: | No |
| Above Grade Fin SQFT: | 2,132 | Construction Materials: | Brick, Frame, Vinyl Siding |
| Basement Type: | Unfinished | Roof: | Asphalt, Fiberglass |

## Lot

| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 4.36a / Plat Map/Survey | Road: | Boro/Township, City/County |
| | | Lot Features: | Level |

## Interior Features

Interior Features: Dining Area, Kitchen - Eat-In, Formal/Separate Dining Room, 1 Fireplace(s), Gas/Propane, Dishwasher, Dryer, Oven/Range-Electric, Refrigerator, Washer

## Exterior Features

Exterior Features: Outbuilding(s), Deck(s), Porch(es), Other Structures: Above Grade

## Parking

Parking: 2-Car Garage, Attached Garage, Attached, Garage, Garage - Side Entry, Garage Door Opener, Paved Driveway

## Utilities

Utilities: Cable TV Available, Central A/C, Electric Service: 200+ Amp Service, Heating: Electric, Heat Pump(s), Water Source: Well, Sewer: Septic Exists

## Remarks

Agent: Lot goes to back cornersof unmowed section. farmer will mow that section for you or that can be eliminated. To schedule showing contact Showing Time at 1-800-746-9464 or view Showing Assist. When submitting offer make escrow payable to COLDWELL BANKER NRT LLC; contract must reflect Broker as COLDWELL BANKER RESIDENTIAL BROKERAGE. Home Warranty through AHS.

Public: Come home & relax on the deck overlooking your 4.36 acres! Gorgeous2-story built in 2000 offers open flr plan; Eat-in kit w/island & brkfst nook flows into Liv Rm w/wood flrs & gas FP, Formal Dining RM w/wood flrs, Office or 4th BR. 2nd flr consists of MSTR BR w/WIC & full bath w/soaking tub, 2 spacious BR'S (1 vaulted), full bath & Lau Rm. Home freshly painted, all new carpet on 2nd flr. Shed/paved drive/grape arbor. Minutes to Colonel Denning State park & Tuscarora St Forest. 1 horse allowed per acre.

## Listing Office

| | | | |
|---|---|---|---|
| Listing Agent: | MELISSA ANDERSON (Lic# RS229250) | | (717) 443-8852 |
| Listing Agent Email: | melissa@theandersonhometeam.com | | |
| Listing Office: | Coldwell Banker Residential Brokerage (GAUG4BR2) (Lic# RB067036) | | |
| | DAVID KRIEGER, BROKER Lic# RM423630 | | |
| | 5050 Linglestown Rd, Harrisburg, PA 17112 | | |
| Office Phone: | (717) 652-6015 | Office Fax: | (717) 652-8047 |
| Designated Represent.: | No | | |

## Showing

Showing Requirements: Call First - Showing Contact

| | | | |
|---|---|---|---|
| | | Lock Box Type: | Combo |
| Directions: | Route 81; PA 641w to R/233 at light in Newville; L/Harvey Rd L/Shed Rd | | |

## Compensation

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 3%% | Sub Agency Comp: | 0 |
| | | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $274,900 | DOM / CDOM: | 29 / 29 |
| Listing Agrmnt Type: | Exclusive Right To Sell | Original MLS Name: | GHAR |
| Dual Agency: | No | Off Market Date: | 09/18/17 |
| Sale Type: | Standard | Home Warranty: | Yes |
| Original MLS Number: | 10305217 | Federal Flood Zone: | No |
| Listing Agreement Dt: | 07/21/2017 | | |
| Listing Entry Date: | 07/21/2017 | | |
| Acceptable Financing: | Cash, Conventional, FHA, VA | | |

## Sale/Lease Contract

| | | | |
|---|---|---|---|
| Buyer's Agent: | KAREN, BROKER DETWILER Lic# RB065660 | | (717) 979-3425 |
| Buyer's Agent Email: | karendetwiler@helpusell.com | | |
| Buyer's Office: | Help-U-Sell Detwiler Realty (HELPDETBR2) | | |
| | KAREN, BROKER DETWILER Lic# RB065660 | | |
| | 655 Forge Rd, Carlisle, PA 17015 | | |
| Office Phone: | (717) 241-6060 | Office Fax: | (717) 241-5550 |
| Office Email: | karendetwiler@helpusell.com | | |

| | |
|---|---|
| Concessions: | Yes |
| Agreement of Sale Dt: | 08/13/17 |
| | |
| Buyer Financing: | Conventional |

| | |
|---|---|
| Concessions Amount: | $5,000 |
| Close Date: | 09/14/17 |
| Close Price: | $268,000 |
| Last List Price: | $274,900.00 |

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2018. Created: 03/06/2018 08:43 PM