```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 19-00060-HWV
Daniel E. Bier                                                      Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRadginsk          Page 1 of 2         Date Rcvd: Mar 25, 2019
                             Form ID: ntcnfhrg        Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
```
db             +Daniel E. Bier,    16 Watson Drive,    Carlisle, PA 17015-7434
5147981        +APR Supply,    749 West Guilford Street,    Lebanon, PA 17046-3531
5147979        +All Mechanical Contractors, Inc.,    16 Watson Drive,    Carlisle, PA 17015-7434
5147980        +Amato Keating & Lessa, PC,    107 North Commerce Way, Suite 100,    Bethlehem, PA 18017-8913
5147982       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX 79998)
5147984        +Barnett Pro Contractor Supplies,    PO Box 404295,    Atlanta, GA 30384-4295
5147986         CCAP Auto Lease LTD,    1601 Elk Street, Suite 800,    Dallas, TX 75201
5158774        +CCAP Auto Lease Ltd.,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
5147987        +CMI Credit Mediators, Inc.,    PO Box 456,    Upper Darby, PA 19082-0456
5147988        +Credit Mediators, Inc.,    PO Box 456,    Upper Darby, PA 19082-0456
5147989        +Daryl L. Young,    3016 Dickinson Avenue,    Camp Hill, PA 17011-5228
5147990        +Home Depot Credit Services,    Dept 32 - 2130385390,    PO Box 9001030,
                 Louisville, KY 40290-1030
5149104        +Lloyd S Markind,    1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5601
5147993        +Michael F. Ratchford, Esquire,    409 Lackawanna Avenue,    Suite 320,    Scranton, PA 18503-2059
5147978         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
5147994        +Peirce Phelps, Inc.,    516 East Township Line Road,    Blue Bell, PA 19422-2197
5147996         R.E. Michel Company, LLC,    One R.E. Michel Drive,    Glen Burnie, MD 21060
5147998        +Stephanie Bier,    16 Watson Drive,    Carlisle, PA 17015-7434
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5147983        +E-mail/Text: bknotices@bankofthewest.com Mar 25 2019 19:34:27     Bank Of The West,
                 2527 Camino Ramon,    San Ramon, CA 94583-4213
5147985        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2019 19:38:18      Capital One,
                 Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
5154476         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2019 19:37:30
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5147977         E-mail/Text: cio.bncmail@irs.gov Mar 25 2019 19:33:55     Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5147991        +E-mail/Text: unger@members1st.org Mar 25 2019 19:34:44     Members 1st Federal,
                 5000 Louise Dr,    Mechanicsburg, PA 17055-4899
5147992        +E-mail/Text: unger@members1st.org Mar 25 2019 19:34:44     Members First Federal Credit Union,
                 5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5171038         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2019 19:37:54
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5148365        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2019 19:49:25
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5147995        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 25 2019 19:34:31     Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
5162348        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 25 2019 19:34:31     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5147997        +E-mail/Text: rtumsuden@sidharvey.com Mar 25 2019 19:33:15     Sid Harvey Industries, Inc.,
                 605 Locust Street,    Garden City, NY 11530-6531
5172178         E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2019 19:37:26     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5147999        +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2019 19:37:27     Synchrony Bank/Lowes,
                 Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
5148000        +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2019 19:37:27     Synchrony Bank/Sams Club,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-0001
                                                                                             TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5148001         York International Corp.,    Unitary Products Group,    Removed per docket entry 25
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Gary J Imblum    on behalf of Debtor 1 Daniel E. Bier gary.imblum@imblumlaw.com,
        gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
        James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                       TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daniel E. Bier,      Chapter 13

**Debtor 1**

Case No.  1:19–bk–00060–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 24, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 1, 2019 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 25, 2019 |

ntcnfhrg (03/18)