# OBJECTION

CASE NO. 1-19-00060-HWV
CHAPTER 13
DANIEL E BIER

FILED
HARRISBURG, PA
2019 JUL 16 PM 3:47
CLERK
U.S. BANKRUPTCY COURT
K. A—

I DARYL L YOUNG OF 3016 DICKINSON AVE CAMP HILL PA 17011 OBJECT TO THE POSSIBILITY THAT $7709.14 CAN BE AVOIDED SIMPLY BY FILING FOR BANKRUPTCY. I WORKED HARD FOR THE MONEY, DANIEL AGREED TO PAY ME, HE HAD NO PROBLEMS WITH THE WORK I DID. I AM VERY CERTAIN HIS CUSTOMERS PAID HIM FOR THE WORK I DID. ME AND MY FAMILY DESERVE THIS MONEY I WOULD BE WILLING TO ACCEPT REASONABLE MONTHLY PAYMENTS

THANK YOU

*[signature]* 7-16-19

DARYL L YOUNG