# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558.8990

October 23, 2019

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

    RE:    Daniel E. Bier
               Chapter 13 Bankruptcy Case No. 1-19-00060-HWV

Dear Clerk:

Please issue a certified Order Avoiding Judgment Lien and Execution Lien of Daryl L. Young in the above matter. The Docket Number of the Order is 53-2.

                Very truly yours,

                IMBLUM LAW OFFICES, P.C.

                /s/ Gary J. Imblum

                Gary J. Imblum

GJI/cvs

\\srv02\UserData\BANKRUPT\CLIENTS\HARRISBURG\BIER_Daniel\PLEADINGS AND CREDITORS\Daryl Young\10-23-19 Request Certified Order.wpd

Case 1:19-bk-00060-HWV    Doc 56    Filed 10/23/19    Entered 10/23/19 14:56:43    Desc
Main Document    Page 1 of 1