```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00060-HWV
Daniel E. Bier                                                      Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: DGeorge              Page 1 of 1              Date Rcvd: Oct 23, 2019
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
cr             +Daryl L Young,   3016 Dickinson Ave,   Camp Hill, PA 17011-5228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Daniel E. Bier gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| DANIEL E. BIER | : CASE NO. 1-19-00060-HWV |
|     Debtor | : CHAPTER 13 |
| | : |
| DANIEL E. BIER | : |
|     Movant | : |
| | : |
| vs. | : |
| | : |
| DARYL L. YOUNG | : |
|     Respondent | : |

## ORDER AVOIDING JUDGMENT LIEN AND EXECUTION LIEN OF DARYL L. YOUNG

Upon consideration of Debtor/Movant's Motion to Avoid the Judgment lien and Execution lien filed against certain residential real estate and personal property owned by the Debtor/Movant situate at 16 Watson Drive, Carlisle, Pennsylvania, filed by Respondent, Daryl L. Young, to Number 2018-09969 in Cumberland County, Pennsylvania,

**IT IS HEREBY ORDERED AND DECREED** that the Judgment lien to Number 2018-09969 held by Daryl L. Young in Debtor's property is hereby avoided and the Execution lien is also hereby avoided.

A copy of this Order may be recorded in the Cumberland County Prothonotary's Office to evidence avoidance of aforementioned Judgment lien and Execution lien and the Prothonotary is directed to terminate the Judgment in the Judgment indices.

Dated: October 23, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)