In re:  Case No. 19-00060-HWV

Daniel E. Bier  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Sep 29, 2023      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel E. Bier, 16 Watson Drive, Carlisle, PA 17015-7434 |
| 5147979 | + | All Mechanical Contractors, Inc., 16 Watson Drive, Carlisle, PA 17015-7434 |
| 5147980 | + | Amato Keating & Lessa, PC, 107 North Commerce Way, Suite 100, Bethlehem, PA 18017-8913 |
| 5147984 | + | Barnett Pro Contractor Supplies, PO Box 404295, Atlanta, GA 30384-4295 |
| 5147986 | | CCAP Auto Lease LTD, 1601 Elk Street, Suite 800, Dallas, TX 75201 |
| 5147987 | + | CMI Credit Mediators, Inc., PO Box 456, Upper Darby, PA 19082-0456 |
| 5147988 | + | Credit Mediators, Inc., PO Box 456, Upper Darby, PA 19082-0456 |
| 5147989 | + | Daryl L. Young, 3016 Dickinson Avenue, Camp Hill, PA 17011-5228 |
| 5149104 | + | Lloyd S Markind, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 5147993 | + | Michael F. Ratchford, Esquire, 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2087 |
| 5147978 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5147994 | + | Peirce Phelps, Inc., 516 East Township Line Road, Blue Bell, PA 19422-2197 |
| 5147996 | | R.E. Michel Company, LLC, One R.E. Michel Drive, Glen Burnie, MD 21060 |
| 5147998 | + | Stephanie Bier, 16 Watson Drive, Carlisle, PA 17015-7434 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 29 2023 18:50:00 | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | EDI: AIS.COM | Sep 29 2023 22:45:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5147982 | + | EDI: BANKAMER.COM | Sep 29 2023 22:45:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5147983 | + | Email/Text: bankruptcy@bmo.com | Sep 29 2023 18:50:00 | Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 5158774 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 29 2023 18:50:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5147985 | + | EDI: CAPITALONE.COM | Sep 29 2023 22:45:00 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5154476 | | EDI: CAPITALONE.COM | Sep 29 2023 22:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5147990 | + | EDI: CITICORP.COM | Sep 29 2023 22:45:00 | Home Depot Credit Services, Dept 32 - 2130385390, PO Box 9001030, Louisville, KY 40290-1030 |
| 5147977 | | EDI: IRS.COM | Sep 29 2023 22:45:00 | Internal Revenue Service, POB 7346, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 5147991 | + | Email/Text: unger@members1st.org | Sep 29 2023 18:50:00 | Members 1st Federal, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5147992 | + | Email/Text: unger@members1st.org | Sep 29 2023 18:50:00 | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5171038 | | EDI: PRA.COM | Sep 29 2023 22:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5148365 | + | EDI: RECOVERYCORP.COM | Sep 29 2023 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5147995 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 18:50:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5162348 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 18:50:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5345253 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 29 2023 18:50:00 | Santander Consumer USA Inc., dba Chrysler Capital as servicer for, CCAP Auto Lease Ltd., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5147997 | + | Email/Text: rtumsuden@sidharvey.com | Sep 29 2023 18:49:00 | Sid Harvey Industries, Inc., 605 Locust Street, Garden City, NY 11530-6531 |
| 5172178 | + | EDI: AIS.COM | Sep 29 2023 22:45:00 | Synchrony Bank, c/o AIS InfoSource LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5147999 | + | EDI: RMSC.COM | Sep 29 2023 22:45:00 | Synchrony Bank/Lowes, Attention: Bankruptcy Department, PO Box 103104, Roswell, GA 30076-9104 |
| 5148000 | + | EDI: RMSC.COM | Sep 29 2023 22:45:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5148001 | | York International Corp., Unitary Products Group, Removed per docket entry 25 |
| cr | *+ | Daryl L Young, 3016 Dickinson Ave, Camp Hill, PA 17011-5228 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5147981 | ##+ | APR Supply, 749 West Guilford Street, Lebanon, PA 17046-3531 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Daniel E. Bier gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Daniel E. Bier**<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–6993<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-00060-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Daniel E. Bier

9/29/23

**By the court:** _Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**