| From: | USBankruptcyCourts@noticingcenter.com |
|---|---|
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Daniel E. Bier, Case Number: 19-00060, HWV, Ref: [p-201315135] |
| Date: | Saturday, September 30, 2023 9:00:12 AM |
| Attachments: | B_P119000603180W0337.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

October 1, 2023

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Daniel E. Bier, Case Number 19-00060, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102**

---

Undeliverable Address:
APR Supply
749 West Guilford Street
Lebanon, PA 17046

Role type/cr id: 5147981
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

1560 Joel Drive

Lebanon PA 17046

Undeliverable Address:
York International Corp.
Unitary Products Group
Removed per docket entry 25

Role type/cr id: 5148001
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

address removed
_____

_[signature]_  10 / 02 / 2023
_____  _____
Signature of Debtor or Debtor's Attorney                              Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**